# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| AARON RENAE JOHNSON, | Case No. CV 14-9786 PA(JC) |
| Petitioner, | JUDGMENT |
| v. | |
| W.L. MONTGOMERY, | |
| Respondent. | |

Pursuant to this Court's Order Accepting Findings, Conclusions and Recommendations of United States Magistrate Judge,

IT IS ADJUDGED that the Petition for Writ of Habeas Corpus by a Person in State Custody is denied and this action is dismissed with prejudice.

IT IS SO ADJUDGED.

DATED: October 31, 2018

PERCY ANDERSON
UNITED STATES DISTRICT JUDGE